**Order entered February 11, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01365-CV

**RESIDENTIAL STRATEGIES, INC. AND EDWARD (TED) L. WILSON, JR., Appellants**

**V.**

**MEGATEL HOMES, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08767**

## ORDER

This is an interlocutory appeal from an order denying, in part, and granting, in part, appellants' motion to dismiss the underlying suit pursuant to the Texas Citizens' Participation Act (TCPA).  Before the Court are (1) appellants' motion to dismiss appellee's cross-appeal, which challenges that portion of the trial court's order granting appellants' motion to dismiss under the TCPA; (2) appellants' motion for extension of time to file their brief; and, (3) the parties' joint motion to abate the appeal.   We rule as follows.

We **DENY** the motion to abate.  *See In re Geomet Recycling LLC*, 578 S.W.3d 82 (Tex. 2019).  The appeal will proceed on the record as filed.

We **DENY** the motion to dismiss the cross-appeal.  *See D Magazine Partners, L.P. v. Rosenthal*, 529 S.W.3d 429, 441 (Tex. 2017).

We **GRANT** the extension motion and **ORDER** appellants to file their opening brief no later than March 2, 2020.


/s/  BILL WHITEHILL
    JUSTICE